382 A.2d 758

Commonwealth v. Zackery, Appellant.

Submitted September 13, 1976.

Leonard Sosnov, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 758

Commonwealth ex rel. Morrison v. Stoudt, Appellant.

Submitted June 14, 1976.

Joseph M. A. Nelabovige, for appellant; Joseph Zane, for appellee.

Order affirmed.